F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

OCT 1 9 2007

GREGORY C. LANGHAM
CLERK

07 – CV – 0 2 2 1 7 ·BNB

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

JONATHAN LEE RICHES,

      Plaintiff,

v.

ALLEN IVERSON,

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a complaint.  He has failed either to pay the $350.00 filing

fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted document is deficient as described in this

order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims.  Any papers which the Plaintiff files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    X    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner

(6)     __     is not on proper form (must use the court's current form)
(7)     __     names in caption do not match names in caption of complaint, petition or
               habeas application
(8)     __     An original and a copy have not been received by the court.
               Only an original has been received.
(9)     _X_    other: <u>motion is necessary only if filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(10)    __     is not submitted
(11)    _X_    is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. ___
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     An original and a copy have not been received by the court.  Only an
               original has been received.
(16)    __     Sufficient copies to serve each defendant/respondent have not been
               received by the court.
(17)    __     names in caption do not match names in text
(18)    __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.**  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___18th___ day of ___October___, 2007.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **07 - CV - 02217 BNB**

Jonathan L. Riches
Reg. No. 40948-018
FCI - Williamsburg
PO Box 340
Salters, SC 29590

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on 10|19|07

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk