IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02217-ZLW

JONATHAN LEE RICHES,

          Plaintiff,

v.

ALLEN IVERSON,

          Defendant.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on August 16, 2010.  The court has determined that

the document is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
      <u>X</u>     is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
and Fed. R. App. P. 24**:
      <u>X</u>     is not submitted
      __     is missing affidavit
      __     is missing certified copy of prisoner's trust fund statement for the 6-month period
              immediately preceding this filing
      __     is missing required financial information
      __     is missing an original signature by the prisoner
      __     is not on proper form (must use the court's current form)
      __     other_____

Accordingly, it is

1

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this  23rd  day of  August , 2010.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court