IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02217-LTB

JONATHAN LEE RICHES,

    Plaintiff,

v.

ALLEN IVERSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion to intervene filed on June 5, 2014 (ECF No. 11), is DENIED. This case was dismissed on November 30, 2007 (ECF No. 3). The appeal was dismissed for lack of prosecution on September 1, 2010 (ECF No. 9). Therefore, this case is closed. Filings will not be addressed after a case is closed. The clerk of the Court is directed to strike any further filings in this action.

Dated: June 6, 2014